1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   818-907-5866  (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

4                    UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC            )
                                          )
7          Plaintiff,        vs.          )   Case No.: 5:10-CV-00608-WDK-FMO
                                          )
8  FRANZ L. GUARDIA,  et al,              )  ████████  **RENEWAL OF JUDGMENT**
                                          )
9          Defendant,                     )
                                          )
10 _____ )

   Based upon the application for renewal of the judgment of the original judgment, and pursuant to
11
   F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,
12
       Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Franz L. Guardia,
13
   individually, and Franz L. Guardia d/b/a Senor Agave, entered on April 6, 2011, be and the same is
14
   hereby renewed in the amounts as set forth below:
15
           Renewal of money judgment
16
               a.  Total judgment                $    5,480.00
17
               b.  Costs after judgment           $       00.00
18
               c.  Subtotal *(add a and b)*        $    5,480.00
19
               d.  Credits                        $       00.00
20
               e.  Subtotal *(subtract d from c)*  $    5,480.00
21
               f.  Interest after judgment(.30%)  $      163.72
22
               g.  Fee for filing renewal of application   $       00.00
23
           **h.**  Total renewed judgment (add e, f and g)  $   **5,643.72**
24

25 Dated: April 1, 2021              CLERK, by _Sharon Hall Brown_____
26                                        Deputy

27

28

                        Renewal of Judgment